UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CLERK USDC EDWI
FILED
2026 SEP -9 P 12:08

UNITED STATES OF AMERICA,

Plaintiff,

v.

FRANK J. SANAPAW,

Defendant.

Case No. 26-CR-191

[18 U.S.C. §§ 113(a)(6) & 1153(a)]

**Green Bay Division**

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

On or about April 22, 2026, within the exterior boundaries of the Menominee Indian Reservation in the State and Eastern District of Wisconsin,

**FRANK J. SANAPAW,**

being a Native American Indian, assaulted John Doe by striking and kicking him, and shoving him into a stove, resulting in serious bodily injury, including leg fractures that required surgery, bruising and bleeding to his leg and face, burns to his back, and extreme physical pain.

In violation of Title 18, United States Code, Sections 113(a)(6) and 1153(a).

A [redacted]

FOREPERSON

Dated: 9-9-26

for TIMOTHY W. FUNNELL
Assistant United States Attorney